John **DASTA**, Plaintiff—Appellant,

v.

Gary **RICHARDS**; Kathy Jones; Bobby Shearin; Harley G. Lappin; Isam Elayan; Dr. Moubarek; Leonardo F. Giron; Lori Sines; Poisinaire; W.I. LeBlanc, Jr.; Bernie Richards; Jorge Castenada; John Ashcroft; Todd Genzer; Julie Hayes; Tom Heffelfinger; Dr. R. Ilvedson; Alicia R. Souvignier;

---

Unknown U.S. Marshals, Defendants, In Their Official and Individual Capacities; Howard Nelson, Defendants—Appellees.

No. 09–7891.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 22, 2010.

John Dasta, Appellant Pro Se. Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Dasta appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dasta v. Shearin,* No. 1:08–cv–00387–AMD, 2009 WL 2902739 (D. Md. filed Sept. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*